# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 15, 2020

161286 & (15)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ANTHONY LARUE WILLIAMS,
    Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161286
COA: 353426
Oakland CC: 2017-264092-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 17, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 15, 2020



t0512

Clerk